UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **REDHAWK MEDICAL PRODUCTS & SERVICES LLC** | **CASE NO. 6:25-CV-00598** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **ADVANCED ENERGY GROUP LLC ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and after consideration of OBJECTIONS TO REPORT AND RECOMMENDATION filed [Doc. 43], as well as RESPONSE TO OBJECTIONS TO REPORT AND RECOMMENDATION [Doc. 46] this Court concludes that the Magistrate Judge's REPORT AND RECOMMENDATION [Doc. 42] is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that, consistent with the REPORT AND RECOMMENDATION, Defendants' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT PURSUANT TO RULES 12(B)(2); 12(B)(3); 12(B)(6), AND 9(B) [Doc. 36] is DENIED.

THUS DONE AND SIGNED in Chambers on this 29th day of December 2025.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE